# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO GUYTON, | CV F   00 5999 OWW  LJO  P |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE WHY THE CASE SHOULD NOT BE DISMISSED |
| L. McVICAR, et. al., | |
| Defendants. | |

Francisco Guyton ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On February 13, 2003, the undersigned issued Findings and Recommendations that Defendant's Motion for Summary Judgment be granted, Plaintiff's Cross-Motion for Summary Judgment be denied and that Defendant Loo be granted leave to file a dispositive Motion on the retaliation claim not addressed in the Motion. (Doc. 52.) On March 12, 2003, the District Court adopted the Recommendation in full and granted Defendant Loo to and including April 16, 2003, to file a dispositive motion. (Doc. 52.)

On April 14, 2003, Defendant Loo filed a Motion for Summary Judgment. (Doc. 55.) Magistrate Judge Theresa Goldner issued Findings and Recommendations on January 26, 2004,

that the Motion for Summary Judgment be granted.[1]  (Doc. 62.)  The District Court adopted the Findings and Recommendations in full on March 30, 2004, and on September 24, 2004, Judgment was entered.  (Docs. 64, 66.)

On October 1, 2004, the District Court issued an Order "Setting Aside Judgment" which did not recognize that Defendant Loo, for whom the Court granted Summary Judgment on March 30, 2004, was the last remaining defendant in the case.  Thus, it appears that the Order Setting Aside Judgment was inadvertently issued.

To date, neither party has contacted the Court indicating that there is any valid and legal reason to continue with the prosecution or defense of the action.  Accordingly, the Court HEREBY ORDERS:

1. Plaintiff  SHALL SHOW CAUSE, within **TWENTY (20)** days of the date of service of this Order, why the action should not be dismissed.

IT IS SO ORDERED.

**Dated:   June 3, 2005**              /s/ Lawrence J. O'Neill
b9ed48                          UNITED STATES MAGISTRATE JUDGE

---

[1] The case was referred to Magistrate Goldner on August 9, 2003, (Doc. 58), and referred back to the undersigned on May 2, 2004, (Doc. 65).

2