# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO GUYTON,<br><br>    Plaintiff,<br><br>    v.<br><br>L. McVICAR, et. al.,<br><br>    Defendants._____/ | CV F  00 5999 OWW  LJO  P<br><br>ORDER DENYING MOTION FOR<br>EXTENSION OF TIME (Doc. 69.) |

    Francisco Guyton ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

    On February 13, 2003, the undersigned issued Findings and Recommendations that Defendant's Motion for Summary Judgment be granted, Plaintiff's Cross-Motion for Summary Judgment be denied and that Defendant Loo be granted leave to file a dispositive Motion on the retaliation claim not addressed in the Motion. (Doc. 52.) On March 12, 2003, the District Court adopted the Recommendation in full and granted Defendant Loo to and including April 16, 2003, to file a dispositive motion. (Doc. 52.)

    On April 14, 2003, Defendant Loo filed a Motion for Summary Judgment. (Doc. 55.) Magistrate Judge Goldner issued Findings and Recommendations on January 26, 2004, that the Motion for Summary Judgment be granted.[1] (Doc. 62.) The District Court adopted the Findings and Recommendations in full on March 30, 2004, and on September 24, 2004,

---

[1] The case was referred to Magistrate Goldner on August 9, 2003, (Doc. 58), and referred back to the undersigned on May 2, 2004, (Doc. 65).

1

1  Judgment was entered.  (Docs.  64, 66.)

2  On October 1, 2004, the District Court issued an Order "Setting Aside Judgment" which
3  did not recognize that Defendant Loo, for whom the Court granted Summary Judgment on March
4  30, 2004, was the last remaining defendant in the case.  It appeared that the Order Setting Aside
5  Judgment was inadvertently issued.

6  On June 6, 2005, the Court issued an Order to Show Cause why the action should not be
7  terminated.  Plaintiff filed a Motion for an Extension of time on June 21, 2005, stating that he
8  needed the time to procure medical records.  A review of this motion, however, reveals that it
9  was not served on the opposing party pursuant to the Local Rules and the Federal Rules of Civil
10 Procedure.  See, Local Rule 5-135(b); Fed.R.Civ.P. 5.

11 Accordingly, the Motion for an Extension of time is DENIED.

12 Plaintiff is reminded that according to this Court's review of the record, all claims against
13 any defendants were resolved.   The Court's Order to Show Cause why the action should not now
14 be closed only provides the parties with an opportunity to bring to light any claims or defendants
15 that may have been overlooked by the Court in that they were not resolved.  It is **not** an
16 opportunity for Plaintiff to bring new claims, re-raise or re-litigate claims already resolved by the
17 Court.  Thus, it is unclear to the Court why Plaintiff would need time to procure medical records.
18 The Order to Show Cause was clear in that the parties were to provide any *legal* reason why the
19 case should continue in light of the Court's findings.   In any event, as Plaintiff failed to serve the
20 opposing party, his Motion must be DENIED.  Any response to the Order to Show Cause is DUE
21 on or before **July 21, 2005.**  Any pleadings not served upon the opposing party in compliance
22 with the Local and Federal Rules of Civil Procedure will be stricken from the record and not
23 considered by the Court.

24 IT IS SO ORDERED.

25 **Dated:     July 7, 2005**              /s/ Lawrence J. O'Neill
   b9ed48                        UNITED STATES MAGISTRATE JUDGE
26

27

28